ACCEPTED
04-15-00568-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2015 11:38:00 AM
KEITH HOTTLE
CLERK

NO. 04-15-00568-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT COURT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2015 11:38:00 AM
KEITH E. HOTTLE
Clerk

MARISOL QUIROZ AND CHRISTOPHER ROBLES
Appellants
VS.
STEPHANIE REYNER FLORES
Appellee

**PLAINTIFFS' NOTICE OF NONSUIT WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

*COMES NOW* Plaintiffs Marisol Quiroz and Christopher Robles and file this Notice of Non-Suit with Prejudice and respectfully asks that this Court remove the above-styled case and cause number from its docket.

### I. Notice of Non-Suit With Prejudice

1.1     Plaintiffs no longer wish to pursue their lawsuit against Defendant and hereby respectfully non-suits any and all claims and/or allegations against Defendant with prejudice to the re-filing of same.

### II. Prayer

2.1     *WHEREFORE, PREMISES CONSIDERED*, Plaintiffs, Marisol Quiroz and Christopher Robles , respectfully request the Court enter an order dismissing Plaintiffs' claims against Defendant, with prejudice as to the re-filing of the same.  Plaintiffs pray for

such other and further relief at law or in equity to which they may show themselfs justly entitled.

Respectfully submitted,

THE GREEN LAW FIRM, PC
34 S. Coria
Brownsville, Texas 78520
Telephone    : (956) 542-7000
Facsimile     : (956) 542-7026


BY: ___/s/ Jorge A.Green_____

JORGE A. GREEN
State Bar No. 24038023

*ATTORNEYS FOR PLAINTIFF*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties of record in accordance with the applicable provisions of the Texas Rules of Civil Procedure:

Mr. Graham Baker
Campbell, Miller & Associates
300 Convent, Suite 2350
San Antonio, Texas 78205
gb@grahambakerlaw.com


on this 25th day of September, 2015.

___/s/ Jorge A. Green._____
JORGE A. GREEN